```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MOSES GONZALEZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:09-cr-00441-MCE |
|---|---|---|
|             Plaintiff, | ) | **STIPULATION AND ORDER RE:** |
|                        | ) | **CONTINUANCE OF STATUS HEARING AND** |
|         v.             | ) | **FINDINGS OF EXCLUDABLE TIME** |
|                        | ) | |
| MOSES GONZALEZ,        | ) | DATE: January 14, 2010 |
|                        | ) | TIME: 9:00 a.m. |
|             Defendants.| ) | JUDGE: Hon. Morrison C. England |

MOSES GONZALEZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHAEL ANDERSON, Assistant United States Attorney, hereby agree that the status conference set for December 3, 2009, be continued for a status conference on January 14, 2010, at 9:00 a.m.  This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.  The defendant in this case consents to this continuance.

///

///

///

Counsel, along with the defendant agree that the time from the date of this order through January 14, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: November 30, 2009      Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
MOSES GONZALEZ

BEN WAGNER
United States Attorney

DATE: November 30, 2009

/S/ Dennis S. Waks for
_____
MICHAEL ANDERSON
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: December 4, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE